UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1157-1

| United States Of America | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| Sarena L. Thomas | ) | |
| | ) | |

On November 5, 2014, Sarena L. Thomas appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level – 5, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on June 10, 2015, the court finds as a fact that Sarena L. Thomas, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Criminal conduct.
3. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, commencing as soon as can be arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

**IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 12th day of June, 2015

James E. Gates
U.S. Magistrate Judge