UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sarena L. Thomas**                              **Docket No. 5:14-MJ-1157-1**

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Sarena L. Thomas , who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on November 5, 2014, to 12 months probation under the conditions adopted by the court.

On June 12, 2015, the defendant appeared before the Honorable James E. Gates, U.S. Magistrate Judge after committing two separate counts of Driving While License Revoked and one count of Careless and Reckless, in Cumberland County, North Carolina. Additionally, the defendant failed to notify the probation officer of her law enforcement contact. The defendant was found to be in violation of her conditions of probation and was ordered to serve 5 days incarceration as arranged by the probation office and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offense of Driving While License Revoked on August 15, 2015, in Scotland County, North Carolina. Additionally, the defendant committed the offense of Driving While License Revoked on October 16, 2015, in Moore County, North Carolina. The defendant is a single mom who works full time and is also in cosmetology school full time. Both incidents of driving occurred while she was driving to work or picking up her child. She has limited family support available and realizes she will not be able to get her license reinstated if she continues to receive citations for driving on a revoked license. The defendant is set to graduate from cosmetology school on January 24, 2016, and just recently moved back to Moore County in hopes that her family can help her with transportation and the care of her child. It is requested that her probation be extended for 90 days and as a sanction for her conduct that she complete an additional 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 3 months.

2. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                               I declare under penalty of perjury that the foregoing
                                                     is true and correct.


/s/ Robert K. Britt                                  /s/ Mindy L. Threlkeld
Robert K. Britt                                      Mindy L. Threlkeld
Senior U.S. Probation Officer                        U.S. Probation Officer
                                                     310 Dick Street
                                                     Fayetteville, NC 28301-5730
                                                     Phone: 910-354-2539
                                                     Executed On: November 3, 2015

### ORDER OF THE COURT

Considered and ordered this ____3____ day of ___November_____, 2015 and ordered filed and
made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge