UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-1157-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Sarena L. Thomas** | ) | |
| | ) | |

   On November 5, 2014, Sarena L. Thomas appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5) was sentenced to 12 months of probation. The term of probation was extended for an additional three months on November 3, 2015.

   From evidence presented at the revocation hearing on April 7, 2016, the court finds as a fact that Sarena L. Thomas, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

   **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be terminated.

   **IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

   This the 7th day of April, 2016.

_____
James E. Gates
U.S. Magistrate Judge